**SEALED**

RANDY S. GROSSMAN
United States Attorney
VALERIE H. CHU
Assistant United States Attorney
California Bar No. 241709
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6750

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. '22 MJ4497 |
| Plaintiff, | MOTION TO SEAL 1) Complaint; 2) Affidavit; 3) Arrest Warrant; AND 4) THIS MOTION AND ORDER THEREON |
| v. | |
| TYLER SEAN MANCUSO, | |
| Defendant. | **[FILED UNDER SEAL]** |

The United States of America, by its counsel, moves to seal the 1) Complaint, 2) Affidavit, 3) Arrest Warrant, and 4) this Motion and Order in the above-captioned matter, until the Initial Appearance of the Defendant. The Defendant is not yet in custody. These documents disclose an ongoing covert investigation. Disclosure in the public record at this time likely would cause the target to flee to avoid prosecution, destroy or discard evidence, and otherwise seriously jeopardize the investigation.

DATED: 12/6/2022                Respectfully submitted,

                                RANDY S. GROSSMAN
                                United States Attorney

                                /s/ Valerie H. Chu
                                VALERIE H. CHU
                                Assistant U. S. Attorney

SO ORDERED.
DATED: 9:08 PM, Dec 6, 2022     _____
                                HON. MITCHELL D. DEMBIN
                                UNITED STATES MAGISTRATE JUDGE